UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILK CONTAINER LINES, LTD.,

                Plaintiff,

– against –

DBEBZ APPAREL LLC,

                Defendant.

**ORDER**

23-cv-07170 (ER)

Ramos, D.J.:

    Silk Container Lines, Ltd., filed this action on August 14, 2023.  Doc. 1.  Silk Container filed an affidavit of service on January 18, 2024, indicating that Dbebz Apparel LLC was served on November 16, 2023.  Doc. 8.

    Since then, there has been no activity in the case except for an affirmation submitted by Silk Container on March 27, 2024.  Doc. 9.  If Silk Container wishes to seek a default judgment, it must first obtain a certificate of default by filing both an affirmation *and* a proposed certificate of default.  Then, it must follow the default judgment procedure set out in the undersigned's Individual Practices.

    Silk Container is instructed to submit a status letter by April 29, 2024.  Failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

It is SO ORDERED.

Dated:    April 22, 2024
             New York, New York

                                                              EDGARDO RAMOS, U.S.D.J.