UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILK CONTAINER LINES, LTD.,

                        Plaintiff,

        –against–

DBEBZ APPAREL LLC,

                        Defendant.

**ORDER**

23 Civ. 7170 (ER)

Ramos, D.J.:

        Due to the National Day of Mourning for President Jimmy Carter, the show cause hearing presently scheduled for January 9, 2025, is adjourned to **January 23, 2025, at 10 a.m.** in Courtroom 619 before the Hon. Edgardo Ramos, U.S.D.J. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

        Silk Container Lines, LTD. shall serve Dbebz Apparel LLC by **January 7, 2025**.

        It is SO ORDERED.

Dated:    January 3, 2025
             New York, New York

                                                               Edgardo Ramos, U.S.D.J.