UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILK CONTAINER LINES, LTD.,

                    Plaintiff,

–against–

DBEBZ APPAREL LLC,

                    Defendant,

**ORDER**

23 Civ. 7170 (ER)

Ramos, D.J.:

      On January 3, 2025, a show cause hearing on Silk Container's motion for default judgment was scheduled for January 23, 2025. Doc. 26. Silk Container having failed to appear, the show cause hearing will be held on **June 27, 2025, at 11:30 a.m.** in Courtroom 619 before the Hon. Edgardo Ramos, U.S.D.J. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. If Dbebz Apparel LLC fails to appear, an order of default will be entered.

      Silk Container is directed to serve Dbebz Apparel LLC with a copy of this Order by **June 18, 2025**, and to post an affidavit of service on the docket.

      It is SO ORDERED.

Dated:    June 13, 2025
             New York, New York

                                                  Edgardo Ramos, U.S.D.J.