UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

SILK CONTAINER LINES, Ltd.     :        1:23-CV-07170

                                                 :

    Plaintiff,                                   :

                                                :

    Against                                      :        DEFAULT JUDGMENT

                                                :

DBEBZ APPAREL LLC,             :

    Defendant.                                 :

_____

This action having been commenced on August 14, 2023 by the filing of a Summons and Complaint and the Summons and Complaint having been served upon Defendant Dbebz Apparel LLC and a Certificate from the Clerk of the United States District Court for the Southern District of New York having been filed herein on May 15, 2024 certifying that Defendant Dbebz Apparel LLC did not answer or otherwise move with respect to the Complaint and is in default, and Defendant Dbebz Apparel LLC having failed to appear at the show cause hearing held on June 27, 2025, it is,

**ORDERED AND ADJUDGED** that the Plaintiff Silk Container Lines, Ltd. have judgment against Defendant Dbebz Apparel LLC , a legal entity with an office based at 432 Old Post Road, Fairfield, CT 06824, in the amount of $84,810.00 plus prejudgment interest of $20.91 per day from May 5, 2022 through the entry of this default judgment plus costs and post-judgment interest according to law from the date of this judgment until the entire amount is paid.

Dated:  June 27 , 2025
          New York, NY

_____
Edgardo Ramos, U.S.D.J.